PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Roger E. Borg, Bar No. 117765
rborg@pacifictrialattorneys.com
4100 Newport Place Dr., Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA VALENZUELA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAPA MURPHY'S INTERNATIONAL LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01789-SSS-KKx<br>Judge: Honorable Sunshine Suzanne Sykes<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION**<br><br>Complaint filed:  October 11, 2022 |

TO THE COURT AND ALL PARTIES:

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sonya Valenzuela and Defendant Papa Murphy's International LLC, stipulate and jointly request that this Court enter a dismissal of this action with prejudice as to the named Plaintiff and without prejudice as to the putative class. Each party shall bear its own costs and attorneys' fees.

    IT IS SO STIPULATED

                                      Respectfully submitted,

Dated: February 17, 2023       **PACIFIC TRIAL ATTORNEYS, APC**

                                      By: */s/ Scott J. Ferrell*
                                          Scott J. Ferrell
                                          Attorney for Plaintiff
                                          SONYA VALENZUELA

Dated: February 17, 2023      **DLA PIPER**

                                      By: */s/ Isabelle Ord*
                                          Isabelle Ord
                                          Attorneys for Defendant
                                          PAPA MURPHY'S INTERNATIONAL LLC

*I, Scott J. Ferrell, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.*

                                        */s/Scott J. Ferrell*
                                        Scott J. Ferrell

# CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2023, I electronically filed the foregoing **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell