JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA VALENZUELA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAPA MURPHY'S INTERNATIONAL LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01789-SSS-KKx<br>Judge: Honorable Sunshine Suzanne Sykes<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**<br><br>Complaint filed: October 11, 2022 |

**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**

1 | The Court, having considered the parties' Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses this action with prejudice as to the named Plaintiff and without prejudice as to the putative class.  Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: February 27, 2023          By: _____
                                      Hon. Sunshine Suzanne Sykes
                                      United State District Judge